BYFON GILMAN, Appellant, *v.* LAWRENCE DOLAN, Respondent.

*Gilman* v. *Dolan*, 114 App. Div. 774, affirmed.
(Submitted December 1, 1908; decided December 15, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

August 15, 1906, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial in an action of ejectment.

*Nathan P. Bushnell* for appellant.

*Clinton F. Ferris* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.